FILED
8/26/2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: JL
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**Case No: 4:26-CR-00175**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**OMAR MACIAS, (3),**

**Defendants.**

**INDICTMENT**

**Count 1: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), Conspiracy to Possess with Intent to Distribute Cocaine**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about August 1, 2023 and on or about September 29, 2025, the exact dates unknown to the grand jury, in the Western District of Texas, the defendants,

**OMAR MACIAS, (3),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved a mixture or substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| | 500 grams or more of cocaine | 841(b)(1)(B)(ii) |
| | 500 grams or more of cocaine | 841(b)(1)(B)(ii) |
| **OMAR MACIAS, (3)** | 500 grams or more of cocaine | 841(b)(1)(B)(ii) |

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

**BY: JUSTIN R. SIMMONS**
**UNITED STATES ATTORNEY**

KEVIN R. CAYTON
ASSISTANT UNITED STATES ATTORNEY